UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GREGORY P. MORSON,

               Plaintiff,

- against -

KREINDLER & KREINDLER, LLP,

               Defendants.

------------------------------------------------------------X

**JUDGMENT**
CV-09-2994 (DRH)(ARL)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ SEP 30 2011 ★
LONG ISLAND OFFICE

A Memorandum and Order of the Honorable Denis R. Hurley, United States District Judge, having been filed on September 30, 2011, granting defendant's motion for summary judgment, dismissing plaintiff's complaint, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's motion for summary judgment is granted; that plaintiff's complaint is dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
        September 30, 2011

                                                     ROBERT C. HEINEMANN
                                                     CLERK OF THE COURT

                                           By:    /s/ Catherine Vukovich
                                                            Deputy Clerk